U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2011 AUG -9 A 10: 58
JON W. SANFILIPPO, CLERK
MAIL-REC'D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DWAYNE COX,
    Plaintiff,

v.     Case No. 10C0766

SGT. KEITH IMMERFALL,
CORRECTIONAL OFFICER BRADLEY,
and CORRECTIONAL OFFICER
MIERZEJEWSKI,
    Defendant.

## STIPULATION FOR DISMISSAL

The parties stipulate that this matter may be dismissed with prejudice. No costs are to be awarded to either party. The court may enter an order to this effect without further notice or hearing.

DWAYNE COX, pro se

ANN M. PEACOCK
Assistant Attorney General
State Bar #1046175

Attorney for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857